PROB 12B
(Rev 04/17)

# United States District Court

### for the

### DISTRICT OF NEVADA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Dec 23, 2025**
DEBRA KEMPI, CLERK OF COURT

### Request for Modifying the Conditions of Supervision
### With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing, is Attached)*

Subject:   DYWONE TYRONE ROBINSON  Case No.:CR 2:24-00162CDS-BNW-01

Name of Sentencing Judicial Officer:         The Honorable Rosemary Marquez
United States District Judge

Original Offense:         Transportation of Illegal Aliens for Profit

Date of Original Sentence:   04/3/2024

Original Sentence:         48 months of probation.

Current Term of Supervision   04/03/2024
Commenced:

---

### NONCOMPLIANCE SUMMARY

The subject has not complied with the following condition(s) of supervision:

1.  **Do Not Commit Another Crime (Mandatory)** - You must not commit another
    federal, state, or local crime.

    On December 19, 2025, Mr. Robinson was arrested by Nevada Highway Patrol
    Troopers in violation of NRS 484C.110 Driving Under the Influence of Alcohol
    (DUI), in violation of Mandatory Condition No. 1.

2.  **Do Not Unlawfully Use Controlled Substance (Mandatory)** - You must
    refrain from any unlawful use of a controlled substance. The use or possession
    of marijuana, even with a physician's certification, is not permitted. Unless
    suspended by the Court, you must submit to one drug test within 15 days of
    placement on probation and at least two periodic drug tests thereafter as
    determined by te Court.

    On December 22, 2025, Mr. Robinson tested positive for marijuana and
    admitted to using marijuana, in violation of Mandatory Condition No. 3.

1

PROB 12B
(Rev 04/17)

3.    **Do Not Use Alcoholic Beverages** - You must not use or possess alcoholic beverages.

On 12/22/2025, Mr. Robinson admitted that he consumed alcohol on 12/19/2025, resulting in an arrest for Driving Under the Influence of Alcohol (DUI) in violation of Special Condition No. 5.

## PETITIONING THE COURT

☒    To modify the conditions of supervision as follows:

| Special Condition No. 9 | **Alcohol Monitoring** - The person under supervision must participate in the Remote Alcohol Detection Program for a period of 90 days and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the court and/or officer. |
|---|---|

## STATEMENT OF FACTS

On April 3, 2024, Mr. Robinson was sentenced to four (4) years probation for committing the offense of Transportation of Illegal Aliens for Profit. On April 3, 2024, Mr. Robinson commenced his term of probation in the District of Nevada. On August 5, 2024, Transfer of Jurisdiction was accepted in the District of Nevada.

On December 27, 2024, Mr. Robinson completed his Substance abuse counseling assessment, which yielded no recommendation for counseling. On April 1, 2025, Mr. Robinson was transferred to the low-risk caseload.

On December 19, 2025, Mr. Robinson was arrested by Nevada Highway Patrol Troopers in violation of NRS 484C.110 Driving Under the Influence of Alcohol (DUI), NRS 484B.150.2 Open Alcohol Container in Vehicle, NRS 485.187.2 Operator - Proof of Insurance Required, and NRS 483.550 Drive Without Valid Driver's License.

On December 22, 2025, Mr. Robinson was instructed to report to the probation office to address the recent arrest. Mr. Robinson stated he had been drinking and smoking marijuana with friends the night before the arrest and it "carried over" to the next day. Mr. Robinson stated he made a turn and was pulled over. After failing sobriety tests, Mr. Robinson was arrested. Mr. Robinson expressed he was disappointed in his actions and regretted them.

Mr. Robinson stated he knows he should not be drinking and does not fully remember the arrest. Mr. Robinson was informed probation would likely recommend alcohol monitoring for 90 days. Mr. Robinson was also informed he will be placed back in drug testing and counseling. As witnessed by the attached Probation Form 49, Waiver of Hearing, he agreed to the modification of his conditions of supervised release. Mr. Robinson is set to appear in Justice Court on February 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

2

PROB 12B
(Rev 04/17)

Executed on: <u>12/23/2025</u>

Respectfully submitted by,

_____
Victoria Willard
Probation Officer Assistant

Approved by:

_____
Donnette Johnson
Supervisory United States Probation
Officer

3

PROB 12B
(Rev 04/17)

## ORDER OF THE COURT

THE COURT ORDERS:

☒    The Modifications of Conditions as Recommended by the US
Probation Officer

or

☐    No Action/Other

     Considered and ordered this 23rd day of December 2025, and ordered filed and made a part of the records in the above case.



/s/ Cristina D. Silva

Cristina D. Silva
United States District Judge

PROB 49
(5/96)

# United States District Court
District of Nevada

Waiver of Hearing to
Modify Conditions of Supervision

I have been told and understand that I have the right to a hearing and to the assistance of an attorney before any change may be made to the conditions of my supervision. I understand that I have the right to be represented at the hearing by an attorney of my own choosing if I am able to pay for one. I also understand that if I can not afford to pay for an attorney, the Court will provide an attorney to represent me at such a hearing at no cost to me.

I understand that my agreement to modify my conditions of supervision does not excuse any violations leading up to me signing this waiver. I also understand that any violations committed by me prior to the modification of my supervision term may still be considered, in a future proceeding, as a basis for the Court to revoke supervision.

With my signature below, I voluntarily waive my right to a hearing and to the assistance of any attorney, and agree to the following modification of my conditions of supervision.

☐ To extend the term of supervision for _____ month(s), for a total term of _____ month(s).

☒ To modify the conditions of supervision as follows:

Special Condition No. 9 — **Alcohol Monitoring** - The person under supervision must participate in the Remote Alcohol Detection Program for a period of 90 days and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the court and/or officer.

Witness:

Victoria Willard
US Probation Officer Assistant

Signed:

Dywone Tyrone Robinson
Person Under Supervision

12/22/25
Date